FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 0 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01023-MSK-BNB

JEREMY V. PINSON,

    Plaintiff,

v.

SARA REVELL,
ROBERT PACHECO,
MERRY WILNER,
DELBERT SAUERS,
D. J. HARMON,
MICHAEL HENDERSON,
J. VIGIL, and
J. McKINNEY,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to

the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 20th day of August, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01023-MSK-BNB

Jeremy V. Pinson
Reg. No. 16267-064
Federal Det. Center
PO Box 526255
Houston, TX 77052

Sara Revell, Robert Pacheco, Merry Wilner, D.J. Harmon,
Michael Henderson, J. Vigil, and J. McKinney – **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

Delbert Sauers, DSCC Chief - **CERTIFIED**
346 Marine Forces Dr.
Grand Prairie, TX 75051

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Sara Revell, Robert Pacheco, Merry Wilner, D.J. Harmon, Michael Henderson, J. Vigil, and J. McKinney; to Delbert Sauers; to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 7/18/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/26/08.

                                              GREGORY C. LANGHAM, CLERK

                                         By:_____
                                                     Deputy Clerk