IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01023-MSK-BNB

JEREMY V. PINSON,

Plaintiff,

v.

SARA REVELL,
ROBERT PACHECO,
MERRY WILNER,
DELBERT SAUERS,
D. J. HARMON,
MICHAEL HENDERSON,
J. VIGIL, and
J. McKINNEY,

Defendants.

## ORDER

This matter is before me on the plaintiff's **Motion for Appointment of United States Marshal as Process Server** [Doc. #34, filed 9/30/2008] (the "Motion"). The plaintiff requests that the Court "appoint the United States Marshal to serve the summons and complaint in this case . . . ." On August 26, 2008, the district judge ordered the United States Marshal to serve the defendants [Doc. #24]. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated October 17, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge