IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01023-MSK-BNB

JEREMY V. PINSON,

Plaintiff,

v.

SARA REVELL,
ROBERT PACHECO,
MERRY WILNER,
DELBERT SAUERS,
D. J. HARMON,
MICHAEL HENDERSON,
J. VIGIL, and
J. McKINNEY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Production of Documents** [Doc. #52, filed 10/30/2008] (the "Motion"). The plaintiff requests that the Court provide him with copies of the record from his previous civil action.

The Court does not provide free copies. The plaintiff may, however, request copies directly from the Clerk's Office. All copies are 50 cents per sheet. A notice of the cost of the copies will be issued after the cost can be determined. The copies will be sent out upon receipt of full payment.

IT IS ORDERED that the Motion is DENIED.

Dated November 6, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge