IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01023-MSK-BNB

JEREMY V. PINSON,

Plaintiff,

v.

SARA REVELL,
ROBERT PACHECO,
MERRY WILNER,
DELBERT SAUERS,
D. J. HARMON,
MICHAEL HENDERSON,
J. VIGIL, and
J. McKINNEY,

Defendants.

_____

**ORDER**
_____

This matter is before me on two motions filed by the plaintiff:

1. **Motion for Order Compelling Production of Agency Records, Documents, Tangible Things, Photos** [Doc. #58, filed 11/13/2008]; and

2. **Motion for Issuance of Civil Subpoenas** [Doc. #60, filed 11/20/2008].

The plaintiff seeks an order compelling the Bureau of Prisons ("BOP") to provide him with documents that he previously requested under the Freedom of Information Act and the Privacy Act of 1974. The BOP is not a party to this case. Therefore, this Court does not have jurisdiction over the BOP.

The plaintiff also requests ten blank subpoenas. Although the plaintiff is proceeding *in forma pauperis*, he is not automatically entitled to the issuance of a subpoena. Burgess v.

Andrews, 657 F.Supp. 1153, 1157 (W.D. N.C. 1987). The Court will serve a subpoena on a plaintiff's proposed witness(es) if satisfied that plaintiff's request is reasonable. Id. I will not send the plaintiff subpoenas in blank.

If the plaintiff submits a new request for subpoenas, it must include (1) the name and address of the witness(es) he wishes to subpoena, and (2) a detailed explanation of the purpose of the subpoena, including whether he is seeking to take testimony from the witness or whether he is seeking production of documents from the witness, or both. If the plaintiff is seeking to take testimony from the witness, he must describe the subject matter he wishes to cover and explain why the testimony sought is relevant or reasonably calculated to lead to the discovery of admissible evidence. Fed.R.Civ.P. 29(b)(1). If the plaintiff is seeking production of documents, he must describe the documents with specificity and explain why the documents sought are relevant or reasonably calculated to lead to the discovery of admissible evidence. Fed.R.Civ.P. 26(b)(1).

IT IS ORDERED that the Motion for Order Compelling Production of Agency Records, Documents, Tangible Things, Photos is DENIED.

IT IS FURTHER ORDERED that the Motion for Issuance of Civil Subpeonas is DENIED WITHOUT PREJUDICE, subject to compliance with this order and with the Federal Rules of Civil Procedure.

Dated December 15, 2008.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge