IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01023-MSK-BNB

JEREMY V. PINSON,

Plaintiff,

v.

SARA REVELL,
ROBERT PACHECO,
MERRY WILNER,
DELBERT SAUERS,
D. J. HARMON,
MICHAEL HENDERSON,
J. VIGIL, and
J. McKINNEY,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 8 2008

GREGORY C. LANGHAM
CLERK

_____

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

On August 26, 2008, the district judge ordered the United States Marshal to serve the defendants [Doc. #24]. The U.S. Marshal was directed to attempt to obtain a waiver of service if appropriate and, if not, to effect personal service on the defendants. Waivers of Service have been filed by defendants McKinney, Revell, Vigil, Harmon, Henderson, and Pacheco. Nothing has been filed to indicate whether defendants Wilner and Sauers have waived service or have been personally served. Accordingly,

IT IS ORDERED that within forty-five days of the date of this Order, the United States Marshal shall personally serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon defendants Wilner and Sauers, or

shall file with the Court a report on the status of service. All costs of service shall be advanced by the United States.

Dated December 17, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01023-MSK-BNB

Jeremy V. Pinson
Reg. No. 16267-064
Federal Det. Center
PO Box 526255
Houston, TX 77052

US Marshal Service
Service Clerk
Service forms for: Merry Wilner, and Delbert Sauers

J. Benedict Garcia
Assistant United State Attorney
United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal Service for service of process on Merry Wilner and Delbert Sauers: AMENDED COMPLAINT FILED 7/18/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/18/08.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk