IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01023-MSK-BNB

JEREMY VAUGHN PINSON,

    Plaintiff,

v.

SARA REVELL,
ROBERT PACHECO,
MERRY WILNER,
DELBERT SAUERS,
D.J. HARMON,
MICHAEL HENDERSON,
J. VIGIL, and
J. McKINNEY,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion to Dismiss Suit **(#100)** filed February 20, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion shall be treated as a Notice of Voluntary Dismissal under Fed.R.Civ.P. 41(a)(1)(A). Accordingly, all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 23rd day of February, 2009.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge